## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Benson Systems of Northern California LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | 83-1305788 |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2065 W Obispo Ave** <br> **Gilbert, AZ 85233** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> no assets <br> Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __1731__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name       _____

           Phone              _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06 / 15 / 202 1
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Eric Benson
Printed name

Email Address of debtor

Title    **Chief Financial Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   06 - 14 - 2021
     MM / DD / YYYY

**Alan A. Meda 009213**
Printed name

**Burch & Cracchiolo, P.A.**
Firm name

**1850 N. Central Ave., Suite 1700**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602-274-8797**     Email address   **ameda@bcattorneys.com**

**009213 AZ**
Bar number and State

Case 2:21-bk-04680-MCW   Doc 1   Filed 06/16/21   Entered 06/16/21 12:40:54   Desc
Main Document     Page 4 of 30

## RESOLUTION OF THE MEMBERS OF BENSON SECURITY SYSTEMS OF NORTHERN CALIFORNIA, LLC THROUGH UNANIMOUS CONSENT

Pursuant to the operating agreement of Benson Systems of Northern California, LLC (the "Company") organized under the laws of the State of California, the undersigned, constituting all the existing members of the Company, do hereby unanimously resolve and consent in lieu of formal meeting to the following actions:

1. The Company is authorized to seek protection under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona by filing a voluntary Chapter 7 bankruptcy petition.

2. This resolution authorizes the employment by the Company of Burch and Cracchiolo, P.A. as its bankruptcy counsel.

3. This resolution authorizes Shawn Benson as President of Benson Security Systems, Inc., the Managing Member of the Company to take any and all actions for and on behalf of the Company in connection with the bankruptcy case as the Company's authorized representative.

4. This resolution ratifies any and all actions taken by the Company and/or Burch and Cracchiolo to prepare for the bankruptcy filing.

All members hereby waive notice and meeting with regard to the above action. This resolution shall have the same force and effect as a vote of the LLC members.

IN WITNESS THEREOF, the members have executed this resolution as of April 12, 2021.

BENSON SECURITY SYSTEMS,
INC., an Arizona corporation

By: Shawn Benson, President
Dated: 4.12.2021

Philip B. Farber
Dated: 4.12.2021

**Fill in this information to identify the case:**

Debtor name    **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/11/2021**     X _____
                                      Signature of individual signing on behalf of debtor

                                **Eric Benson**
                                Printed name

                                **Chief Financial Officer**
                                Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $     **1,338,742.84**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $     **1,338,742.84**

---

**Part 2:**   **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **7,410,035.44**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b            $     **7,410,035.44**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document        Page 7 of 30

**Fill in this information to identify the case:**

Debtor name    **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **BOK Financial** | **Operating Account** | 6151 | $480.38 |
| 3.2. **BOK Financial** | **Petty Cash Account** | 6623 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**                              $480.38
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 11a. 90 days old or less: | 1,316.02 | - | 658.01 | = .... | $658.01 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 52,109.72 | - | 26,054.86 | =.... | $26,054.86 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,622,099.18 | - | 1,311,049.59 | =.... | $1,311,049.59 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,337,762.46

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies tools and items used for construction | | $16,767.23 | | $500.00 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$500.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Benson Systems of Northern California LLC**          Case number *(If known)* _____
         Name

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,337,762.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,338,262.46 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,338,262.46 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
                         Main Document    Page 11 of 30

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                          **Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Acosta Manufacturing** | ☐ Contingent |
| | **930 Remillard Court** | ☐ Unliquidated |
| | **San Jose, CA 95122** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **trade debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Amount of claim: **$9,142.55**

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Aqualine Piping Inc** | ☐ Contingent |
| | **2108 Bering Dr** | ☐ Unliquidated |
| | **Suite C** | ☐ Disputed |
| | **San Jose, CA 95131** | |
| | Date(s) debt was incurred _ | Basis for the claim: **trade debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Amount of claim: **$84,720.00**

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Benson Systems of Arizona** | ☐ Contingent |
| | **2065 W Obispo Ave** | ☐ Unliquidated |
| | **Gilbert, AZ 85233** | ☐ Disputed |
| | Date(s) debt was incurred **2019 to date** | |
| | Last 4 digits of account number _ | Basis for the claim: **loan** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Amount of claim: **$6,469,746.97**

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **East Valley Sheet Metal Inc** | ☐ Contingent |
| | **226 S Date** | ☐ Unliquidated |
| | **Mesa, AZ 85210** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **trade debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Amount of claim: **$5,345.00**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,643.66 |

**3.5** Nonpriority creditor's name and mailing address
HERC Equipment Rental Inc
PO Box 26390
Oklahoma City, OK 73126

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$31,643.66

---

**3.6** Nonpriority creditor's name and mailing address
Milpitas Sanitation Inc
1080 WAsh Ave
Santa Clara, CA 95050

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.7** Nonpriority creditor's name and mailing address
Pace Supply Corp
6000 State Farm Dr
Suite 200
Rohnert Park, CA 94928

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$440,405.54

---

**3.8** Nonpriority creditor's name and mailing address
Rexel USA Inc
14951 Dallas Pkwy
Dallas, TX 75254

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$231,901.32

---

**3.9** Nonpriority creditor's name and mailing address
Square to Round Sheetmetal
MFG LLC
1633 Old Bayshore Hwy
San Jose, CA 95112

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,035.21

---

**3.10** Nonpriority creditor's name and mailing address
Stoer Construction Inc
1800 Hamilton Ave
Suite 230
San Jose, CA 95125

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.11** Nonpriority creditor's name and mailing address
Therma LLC
1601 Las Plumas Ave
San Jose, CA 95133

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,813.55

---

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
                          Main Document         Page 14 of 30

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,266.64 |

Tradesmen International
PO Box 677807
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Eugene Ashley<br>Hoge Fenton<br>60 S Market St Ste 1400<br>San Jose, CA 95113-2396 | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Rea Stelmach<br>Silverman Theologou LLP<br>11630 Chayote St Ste 3<br>Los Angeles, CA 90049 | Line __3.8__<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,410,035.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,410,035.44 |

Fill in this information to identify the case:

Debtor name    **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **legal services** | |
| | State the term remaining | **conclusion of litigation** | **Brothers Smith LLP**<br>**2033 N Main St Ste 720**<br>**Walnut Creek, CA 94596** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract is subject of litigation** | |
| | State the term remaining | **Contract is the subject of litigation** | **Stoer Construction Inc**<br>**1800 Hamilton Ave**<br>**SUite 230**<br>**San Jose, CA 95125** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document     Page 16 of 30

**Fill in this information to identify the case:**

Debtor name     **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. if the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name    **Benson Systems of Northern California LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$11,045,296.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,000,000.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| See attached. | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Stoer Construction, Inc. vs Benson Systems of Northern California, LLC<br>01-20-0015-5090 | breach of contract; negligence; intentional misrepresentation; violation of business and professional code section 17200; breach of covenant of good faith and fair dealing | American Arbitration Association<br>725 S Figueroa St<br>Suite 400<br>Los Angeles, CA 90017 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Rexel USA, Inc. vs Benson Systems of Northern California, LLC et al<br>21CV376962 | breach of contract | County of Santa Clara Superior Court<br>191 N First St<br>San Jose, CA 95113 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 2:21-bk-04680-MCW    Doc 1   Filed 06/16/21   Entered 06/16/21 12:40:54   Desc
Main Document      Page 19 of 30

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Burch & Cracchiolo PA** **1850 N Central Ave** **Suite 1700** **Phoenix, AZ 85004** | | 05/14/2021 | $4,335.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document        Page 20 of 30

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document        Page 21 of 30

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

Case 2:21-bk-04680-MCW   Doc 1   Filed 06/16/21   Entered 06/16/21 12:40:54   Desc
Main Document      Page 22 of 30

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **KLA Associates**<br>**4125 Blackhawk Plaza Cir**<br>**Suite 207**<br>**Danville, CA 94506** | **2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Connover**<br>**7819 S 42nd Way**<br>**New Almaden, CA 95042-7337** | **2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Benson Systems of Arizona**<br>**2065 W Obispo Ave**<br>**Gilbert, AZ 85233** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Shawn Benson | 2065 W Obispo Ave Gilbert, AZ 85233 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Eric Benson | 2065 W Obispo Ave Gilbert, AZ 85233 | CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Benson Security Systems of Arizona | 2065 W Obispo Ave Gilbert, AZ 85233 | Owner | 87% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Philip B Farber | 3026 Fairfield St Mesa, AZ 85213 | Owner | 13% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| BC Holdings LLC | 2335 Stonebridge Rd Livermore, CA 94550 | ownership | interest withdrawn 2/11/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/11/2021___

_____          __Eric Benson_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor ___Chief Financial Officer_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# Check Disbursement G/L Summary Report Epson Systems Nor Cal

BOK AZ - #6151 NorCal Operating
2/1/2021 to 5/31/2021

Total Checks:    59         1,856,544.47

| Account | Description | Debit | Credit | Net |
|---|---|---|---|---|
| 122110 | WIP - Job Parts | 25,583.87 | 134.26 | 25,449.61 |
| 122120 | WIP - Job Labor | 66.08 | 0.00 | 66.08 |
| 122140 | WIP - Job Other | 55,755.83 | 0.00 | 55,755.83 |
| 132500 | Due to/from Officer | 22,156.23 | 0.00 | 22,156.23 |
| 134020 | Due to/from NCAL-AZ | 43,733.60 | 0.00 | 43,733.60 |
| 210110 | Accounts Payable Manual | 15,888.50 | 0.00 | 15,888.50 |
| 210310 | Inventory Receipts* | 370,330.61 | 0.00 | 370,330.61 |
| 232100 | Sales Tax Payable* | 1,251.41 | 0.00 | 1,251.41 |
| 234110 | Customer Refunds* | 22,958.53 | 0.00 | 22,958.53 |
| 510001 | COS - Job Parts | 19.44 | 0.00 | 19.44 |
| 510010 | COS - Job Misc | 10,185.73 | 0.00 | 10,185.73 |
| 520001 | COS - Service Parts | 16.37 | 0.00 | 16.37 |
| 520010 | COS - Service Misc | 46.91 | 0.00 | 46.91 |
| 620450 | Employee - Wages | 1,263,228.83 | 0.00 | 1,263,228.83 |
| 620750 | Facilities - Utilities | 495.38 | 0.00 | 495.38 |
| 650420 | Postage/Shipping | 911.51 | 0.00 | 911.51 |
| 650540 | Prof Fees - Legal | 10,335.00 | 0.00 | 10,335.00 |
| 660820 | Travel - Airfare | 12,662.68 | 0.00 | 12,662.68 |
| 660840 | Travel - Lodging | 89.24 | 0.00 | 89.24 |
| 670470 | Vehicle - Maintenance | 962.98 | 0.00 | 962.98 |
| | | 1,856,678.73 | 134.26 | 1,856,544.47 |

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document    Page 26 of 30

# Check Disbursement G/L Summary Report Benson Systems Nor Cal

BOK AZ - #6151 NorCal Operating

2/1/2021 to 5/31/2021

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 02/02/2021 | 2186 | West Coast Cranes Inc | 6,935.00 |
| 02/03/2021 | 203211 | Gautam Mudunuri | 3,250.00 |
| 02/04/2021 | 204211 | Comast | 174.38 |
| 02/08/2021 | 2187 | Jiffy Lube International | 542.26 |
| 02/08/2021 | 2188 | MyFleetCenter.com | 420.72 |
| 02/11/2021 | 210211 | Benson Systems Socal | 22,958.53 |
| 02/12/2021 | 212211 | Pacific Gas & Electric Co | 131.49 |
| 02/16/2021 | 2189 | Platinum Fire Protection LLC | 13,000.00 |
| 02/18/2021 | 218211 | Home Depot | 5,557.02 |
| 02/28/2021 | 301211 | Home Depot | 4,059.19 |
| 03/04/2021 | 2190 | SHAWN KARL BENSON | 22,156.23 |
| 03/04/2021 | 304211 | Comast | 189.51 |
| 03/04/2021 | 304212 | Alameda County Water District | 93.38 |
| 03/05/2021 | 305212 | Gautam Mudunuri | 3,250.00 |
| 03/16/2021 | 2191 | ADI | 41.18 |
| 03/16/2021 | 2192 | ADI | 58,647.60 |
| 03/16/2021 | 2193 | ADI | 162,168.67 |
| 03/17/2021 | 2194 | Platinum Fire Protection LLC | 13,500.00 |
| 03/17/2021 | 317212 | Pacific Gas & Electric Co | 265.75 |
| 03/18/2021 | 2195 | Platinum Fire Protection LLC | 10,368.00 |
| 03/25/2021 | 2196 | Wendel Rosen Black & Dean LLP | 3,000.00 |
| 03/29/2021 | 2197 | Benson Systems - AZ | 1,370,738.79 |
| 03/30/2021 | 2198 | Lawyers for Employee and Consumer | 3,000.00 |
| 04/01/2021 | 2199 | Armed Automation LLC | 12,500.00 |
| 04/05/2021 | 405211 | Comast | 189.51 |
| 04/07/2021 | 407212 | Gautam Mudunuri | 3,250.00 |
| 04/12/2021 | 41221 | State of California | 800.00 |
| 04/14/2021 | 2200 | Tradesmen International | 26,601.04 |
| 04/14/2021 | 414211 | Home Depot | 11,274.94 |
| 04/15/2021 | 2201 | Allied Storage Containers Inc | 431.64 |
| 04/15/2021 | 2202 | Apollo Security Group Inc | 8,505.00 |
| 04/15/2021 | 2203 | ARC Document Solutions LLC | 186.83 |
| 04/15/2021 | 2204 | Armed Automation LLC | 11,750.00 |
| 04/15/2021 | 2205 | ConexWest | 129.71 |
| 04/15/2021 | 2206 | Edwards | 1,916.04 |
| 04/15/2021 | 2207 | GLR Fasteners Inc | 1,426.75 |
| 04/15/2021 | 2208 | HDS WHITE CAP CONST SUPPLY | 1,494.26 |
| 04/15/2021 | 2209 | HILTI, INC. | 3,719.32 |
| 04/15/2021 | 2210 | M W Sausse & Co Inc | 1,600.00 |
| 04/15/2021 | 2211 | Mobile Modular | 750.00 |
| 04/15/2021 | 2213 | RFSignalman | 4,400.00 |

Case 2:21-bk-04680-MCW    Doc 1    Filed 06/16/21    Entered 06/16/21 12:40:54    Desc
Main Document        Page 27 of 30

# Check Disbursement G/L Summary Report Systems Nor Cal

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 04/15/2021 | 2214 | Safe2Core Inc | 750.00 |
| 04/15/2021 | 2215 | Shyamuk Sidhwa | 450.00 |
| 04/15/2021 | 2216 | Square to Round Sheetmetal MFG LLC | 480.38 |
| 04/15/2021 | 2217 | TVB Welding & Fabrication | 1,130.00 |
| 04/15/2021 | 415212 | Pacific Gas & Electric Co | 195.49 |
| 04/16/2021 | 2218 | RSD REFRIGERATION SUPPLIES DIST. | 7,034.15 |
| 04/20/2021 | 2219 | Platinum Fire Protection LLC | 15,888.50 |
| 04/23/2021 | 423210001 | State of California | 451.41 |
| 05/04/2021 | 2220 | Platinum Fire Protection LLC | 20,490.00 |
| 05/04/2021 | 504211 | Comast | 189.51 |
| 05/05/2021 | 505211 | Gautam Mudunuri | 3,250.00 |
| 05/06/2021 | 506211 | Home Depot | 6,527.29 |
| 05/07/2021 | 2221 | BURCH & CRACCHIOLO, P.A. | 4,335.00 |
| | | | 1,856,544.47 |

Selection Criteria

All Active Branches

**United States Bankruptcy Court**
District of Arizona

In re   Benson Systems of Northern California LLC

_____
Debtor(s)

Case No. _____

Chapter   7

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

## MAILING LIST DECLARATION

I, the Chief Financial Officer of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury,

that the Master Mailing List, consisting of   1   sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   06/11/2021

Eric Benson/Chief Financial Officer
Signer/Title

Date:   06.14.2021

Signature of Attorney
Alan A. Meda 009213
Burch & Cracchiolo, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
602-274-8797  Fax: 602-850-9797

MML_Requirements_8-2018

MML-3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ACOSTA MANUFACTURING
930 REMILLARD COURT
SAN JOSE CA 95122

SQUARE TO ROUND SHEETMETAL
MFG LLC
1633 OLD BAYSHORE HWY
SAN JOSE CA 95112

AQUALINE PIPING INC
2108 BERING DR
SUITE C
SAN JOSE CA 95131

STOER CONSTRUCTION INC
1800 HAMILTON AVE
SUITE 230
SAN JOSE CA 95125

BENSON SYSTEMS OF ARIZONA
2065 W OBISPO AVE
GILBERT AZ 85233

THERMA LLC
1601 LAS PLUMAS AVE
SAN JOSE CA 95133

EAST VALLEY SHEET METAL INC
226 S DATE
MESA AZ 85210

TRADESMEN INTERNATIONAL
PO BOX 677807
DALLAS TX 75267

EUGENE ASHLEY
HOGE FENTON
60 S MARKET ST STE 1400
SAN JOSE CA 95113-2396

HERC EQUIPMENT RENTAL INC
PO BOX 26390
OKLAHOMA CITY OK 73126

MILPITAS SANITATION INC
1080 WASH AVE
SANTA CLARA CA 95050

PACE SUPPLY CORP
6000 STATE FARM DR
SUITE 200
ROHNERT PARK CA 94928

REA STELMACH
SILVERMAN THEOLOGOU LLP
11630 CHAYOTE ST STE 3
LOS ANGELES CA 90049

REXEL USA INC
14951 DALLAS PKWY
DALLAS TX 75254